# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**MARCUS A. CANADA,**

      **Petitioner,**

      **v.**

**WARDEN, NOBLE
CORRECTIONAL INSTITUTION,**

      **Respondent.**

Case No. 2:17–cv–1014
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

## ORDER

On May 7, 2019, the Magistrate Judge issued a *Report and Recommendation* ("R&R")

recommending that the petition for a writ of habeas corpus be dismissed. (ECF No. 8.)

Although the parties were advised of the right to file objections to the R&R, and of the

consequences of failing to do so, no objections have been filed. Therefore, the R&R (ECF No.

8) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(A) and Rule 11 of the Rules Governing Section 2254

Cases in the United States District Courts, the Court must determine whether to issue a certificate

of appealability. Because Petitioner has waived the right to file an appeal by failing to file

objections to the R&R, *see Thomas v. Arn*, 474 U.S. 140, 147 (1985); *United States v. Walters*,

638 F. 2d 947, 950 (6th Cir. 1981), the Court **DECLINES** to issue a certificate of appealability.

      **IT IS SO ORDERED.**

_____6-7-2019_____
**DATE**

**EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT COURT JUDGE**